Louise M. Ennis, Appellant, *v.* National Bank and Trust Company of Skaneateles, N. Y., as Executor of Edward C. Miller, Deceased, Respondent.

Submitted February 21, 1944; decided March 2, 1944.

Motion by appellant for reargument et cetera, denied. (See 291 N. Y. 667.)

The People of the State of New York, Plaintiff, *v.* Forrest Greene, Defendant.

Submitted February 21, 1944; decided March 2, 1944.

*Forrest Greene,* in person, for motion.
No one opposed.

Motion denied on the ground that it does not appear that there is an appeal pending before the Court of Appeals.